John F. Corcoran, appellee, v. City of Chicago, appellant. Gen. No. 39,828.

646

Opinion filed October 10, 1938. Rehearing denied October 24, 1938.

Barnet Hodes, Corporation Counsel, for appellant; M. C. Zacharias, Alexander J. Resa and Adam E. Patterson, Assistant Corporation Counsel, of counsel. Charles C. Spencer and Richard M. Spencer, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.